UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARCUS L. WALLACE, : | |
|     Petitioner : | CIVIL ACTION NO. 1:21-0340 |
| v. : | (JUDGE MANNION) |
| WARDEN ERIC TICE, *et al.*, : | |
|     Respondents : | |

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Petitioner Marcus L. Wallace's petition (Doc. 1) for a writ of habeas corpus pursuant to 28 U.S.C. §2254 is **DENIED**.

2. A certificate of appealability shall not issue, as Wallace has not made a substantial showing of the denial of a constitutional right. See 28 U.S.C. §2253(c).

3. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: January 21, 2022
21-340-01-ORDER